**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WI-LAN INC., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 2:13-cv-202-JRG |
| | § | |
| KYOCERA COMMUNICATIONS, INC., | § | JURY TRIAL REQUESTED |
| | § | |
| Defendant. | § | |
| | § | |

**JOINT MOTION FOR LEAVE TO EXTEND STIPULATED DEADLINE REGARDING TRIAL EXHIBIT OBJECTIONS**

Plaintiff Wi-LAN Inc. ("Wi-LAN") and Defendant Kyocera Communications, Inc. ("Kyocera") jointly request leave of the Court to extend the jointly stipulated deadline to file amended trial exhibit lists from December 11, 2015 (Dkt. No. 128 at 1) to December 18, 2015.

| DATED: December 10, 2015 | Respectfully submitted, |
|---|---|
| */s/    Sam Baxter* | */s/    Thomas Jackson* |

| | |
|---|---|
| Sam Baxter<br>TX Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>**McKool Smith, P.C.**<br>104 E. Houston Street, Suite 300,<br><br>P.O. Box 0<br>Marshall, TX 75670<br>Telephone: (903) 923-9000<br>Facsimile:  (903) 923-9099<br><br>Robert A. Cote<br>rcote@mckoolsmith.com<br>Brett Cooper<br>bcooper@mckoolsmith.com<br>Jonathan Yim<br>jyim@mckoolsmith.com<br>Kevin Schubert<br>kschubert@mckoolsmith.com<br>**McKool Smith, P.C.**<br>One Bryant Park, 47th Floor<br>New York, NY  10036<br>Telephone:  (212) 402-9400<br>Facsimile:   (212) 402-9444<br><br>Dirk Thomas<br>dthomas@mckoolsmith.com<br>**McKool Smith, P.C.**<br>1999 K Street, NW Suite 600<br>Telephone:  (202) 370-8300<br>Facsimile:   (202) 370-8344<br><br>Seth Hasenour<br>shasenour@mckoolsmith.com<br>**McKool Smith, P.C.**<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Facsimile:  (214) 978-4044<br><br>*ATTORNEYS FOR PLAINTIFF,*<br>*WI-LAN INC.* | Thomas R. Jackson<br>Texas State Bar No. 10496700<br>trjackson@jonesday.com<br>Keith B. Davis<br>Texas State Bar No. 24037895<br>kbdavis@jonesday.com<br>Jeffrey M. White<br>Texas State Bar No. 24064380<br>jwhite@jonesday.com<br>**JONES DAY**<br>2727 North Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br><br>David L. Witcoff<br>Illinois State Bar No. 06183629<br>dlwitcoff@jonesday.com<br>**JONES DAY**<br>77 West Wacker<br>Chicago, IL 60601-1692<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br><br>Tharan G. Lanier<br>California State Bar No. 138783<br>tglanier@jonesday.com<br>**JONES DAY**<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br><br>*ATTORNEYS FOR DEFENDANT*<br>*KYOCERA COMMUNICATIONS, INC.* |

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff Wi-LAN Inc. and counsel for Defendant Kyocera Communications, Inc. have conferred regarding the forgoing joint motion and Kyocera does not oppose this motion.

*/s/      Melody McGowin*
Melody McGowin

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 10, 2015, counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via ECF.

*/s/      Melody McGowin*
Melody McGowin